# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160658
160660

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
        Plaintiffs-Appellants,

v                                     SC: 160658
                                       COA: 334663

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET, and OFFICE OF AUDITOR GENERAL,
        Defendants-Appellees.

_____/

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
        Plaintiffs-Appellees,

v                                       SC: 160660
                                       COA: 334663

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET, and OFFICE OF AUDITOR GENERAL,
        Defendants-Appellants.

_____/

On order of the Court, the applications for leave to appeal the October 29, 2019 judgment of the Court of Appeals are considered, and they are GRANTED. The parties shall include among the issues to be briefed: (1) whether the defendants violated Const 1963, art 9, §§ 25 and 30, by classifying monies paid to school districts pursuant to Proposal A, Const 1963, art 9, § 11, as state spending in the form of aid paid to units of local government; (2) whether the defendants violated Const 1963, art 9, §§ 25 and 30, by

classifying monies paid to public school academies (a.k.a. charter schools) as state spending in the form of aid paid to units of local government; (3) whether the Court of Appeals erred when it held that state funds directed to local governments to satisfy state obligations under Const 1963, art 9, § 29 may not be counted toward the proportion of state funds required by Const 1963, art 9, § 30; and (4) whether the Court of Appeals erred to the extent that it held that the Auditor General or the Office of the Auditor General is subject to mandamus relief.

The Michigan Municipal League, the Government Law Section of the State Bar of Michigan, the Michigan Townships Association, the Michigan Association of Counties, and Taxpayers United Michigan Foundation are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2020



Clerk

p0624